[No. 25649-5-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RAY
THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00985-9, Randolph Furman, J., entered February 17, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25695-9-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN S.V.
GRAYSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04399-7, Frederick W. Fleming, J., entered February 11, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25700-9-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CYRUS NELSON
PLUSH II, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00013-2, David R. Draper, J., entered March 6, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 25719-0-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TONIA MARIE
HAVIRD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00713-9, James E. Warme, J., entered March 14, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.